AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

SEP - 8 2015

David J. Bradley, Clerk

| SOUTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA
V.
Stephanie Janell TREVINO-Rodriguez, YOB: 1990 USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-15-1553-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __09/05/2015__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 164.16 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 164.16 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes No

Signature of Complainant
Gilberto Vazaldua, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

September 8, 2015          3:01  At   McAllen, Texas
Date                                   City and State

Peter Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## Attachment "A"

On September 5, 2015, at approximately 9:30 am, U.S. Border Patrol line operations received a telephone call from a concerned citizen in the area of Tower Road in San Juan, Texas due to a blue Dodge Ram that had just loaded narcotics and was traveling north on Tower Road. BP Agent Ricardo Alanis traveled to the area and observed a blue Dodge Ram, matching the description given, traveling north on Tower Road and then turn west on US Highway 281. BP Agent Alanis advised BP Agents in the area while BP Agent Alanis attempted to conduct a traffic stop on the Dodge Ram pickup truck.

BP Agents Alanis observed the Dodge Ram turn north onto Stewart road and activated his emergency equipment. BP Agent Alanis observed the vehicle to have Texas license plate 63N-XN9 and the vehicle came to an immediate stop. As BP Agent Alanis approached the Dodge Ram, he clearly observed numerous bundles in the bed of the pickup truck and in the back seat of the cab. BP Agent Alanis placed the driver, and sole occupant, under arrest at that time. BP Agents identified the driver of the pickup truck to be Stephanie Janell TREVINO-Rodriguez. TREVINO-Rodriguez was then transferred to the Weslaco Border Patrol Station. BP Agents seized fifteen (15) bundles that did field test positive for marijuana.

On that same date, TFOs Gilberto Vazaldua, Carlos Mireles, Cosme Muniz, and Ricardo Ruiz responded to the Weslaco Border Patrol Station to interview TREVINO-Rodriguez. TREVINO-Rodriguez was advised of her Miranda Rights and waived those rights before interview. TREVINO-Rodriguez advised Agents that she was contacted on September 4, 2015 by a co-conspirator to pick up marijuana from the Rio Grande River and was to receive approximately $600 US Currency for transporting. TREVINO-Rodriguez stated that she was advised to find a vehicle. TREVINO-Rodriguez stated that she obtained a blue Dodge Ram pickup truck from another co-conspirator who drove the pickup truck from Mission, Texas to TREVINO-Rodriguez's residence in Pharr, Texas. TREVINO-Rodriguez stated that on September 5, 2015, at approximately 9:00 a.m., she was contacted by the co-conspirator who hired her. TREVINO-Rodriguez stated she was given directions over the telephone and picked up the marijuana at the River near south Alamo Road. TREVINO-Rodriguez stated that after receiving the marijuana, she was pulled over by Border Patrol Agents who seized the marijuana.